

# Fourth Court of Appeals
## San Antonio, Texas

April 3, 2019

No. 04-18-00971-CV

**IN THE INTEREST OF M.C.V. AND M.D.V.**,

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA02539
The Honorable Eric Rodriguez, Judge Presiding

# O R D E R

The appellee's motion for extension of time to file brief is hereby GRANTED. Time is extended to April 15, 2019.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of April, 2019.

KEITH E. HOTTLE,
Clerk of Court